UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | | |
|---|---|---|
| DONNA M. CLARK, | ) | |
| | ) | CASE NO.: 2:13-CV-02130-RCJ-GWF |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| I.A.T.S.E. LOCAL 720, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #2) entered on April 21, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's Application to Proceed *in Forma Pauperis* (#1). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #2).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is DENIED.

IT IS FURTHER ORDERED that this case is DISMISSED. The Clerk of the Court shall close the case.

IT IS SO ORDERED this 6th day of June, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE